NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KANNUU PTY LTD.,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS AMERICA, INC.,**
*Appellee*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2022-1526, 2022-1527

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-00737, IPR2020-00738.

---

**JUDGMENT**

---

PERRY GOLDBERG, Progress LLP, Los Angeles, CA, argued for appellant. Also represented by BERNARD H. CHAO, TED SICHELMAN; LEWIS EMERY HUDNELL, III, Hudnell Law Group PC, Mountain View, CA.

DAVID COOPER, Quinn Emanuel Urquhart & Sullivan, LLP, New York, NY, argued for appellee. Also represented by JAMES M. GLASS, JOHN THOMAS MCKEE; MARISSA RACHEL DUCCA, Washington, DC; KEVIN P.B. JOHNSON, VICTORIA FISHMAN MAROULIS, Redwood Shores, CA.

JOSHUA MARC SALZMAN, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, argued for intervenor. Also represented by OMAR FAROOQ AMIN, PETER J. AYERS, THOMAS W. KRAUSE, BRIAN RACILLA, FARHEENA YASMEEN RASHEED, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, REYNA and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 11, 2023
Date

Jarrett B. Perlow
Clerk of Court